An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY BAILEY,
Appellant,
vs.
CLARK COUNTY, NEVADA; CLARK
COUNTY DISTRICT ATTORNEY;
CLARK COUNTY LVMPD FORENSIC
LAB; CLARK COUNTY
METROLPOLITAN POLICE
COMMITTEE ON FISCAL AFFAIRS;
CLARK COUNTY SHERIFF DEPT.;
CITY OF NORTH LAS VEGAS; CLARK
COUNTY INDIGENT DEFENSE
COUNSEL; AND THOMAS DILLARD,
JR.,
Respondents.

No. 64786

**FILED**

MAY 27 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

ANTHONY BAILEY,
Appellant,
vs.
CLARK COUNTY, NEVADA; CLARK
COUNTY DISTRICT ATTORNEY;
CLARK COUNTY LVMPD FORENSIC
LAB; CLARK COUNTY
METROPOLITAN POLICE
COMMITTEE ON FISCAL AFFAIRS;
CLARK COUNTY SHERIFF DEPT.;
CITY OF NORTH LAS VEGAS; CLARK
COUNTY INDIGENT DEFENSE
COUNSEL; AND THOMAS D.
DILLARD, JR.,
Respondents.

No. 65116

### ORDER DISMISSING APPEALS

These are two proper person appeals arising from the same underlying district court action. Our review of the documents before us on appeal reveals a jurisdictional defect as to both of these appeals.

SUPREME COURT
OF
NEVADA

(O) 1947A

14-17101

Specifically, it appears that the orders appellant seeks to challenge in these appeals are not substantively appealable as a final, appealable judgment has not been entered below. *See* NRAP 3A(b)(1) (providing for an appeal from a final judgment in an action or proceeding). In particular, appellant's claims against several parties remain pending below and the challenged orders dismissing various other parties from the underlying case have not been certified as final under NRCP 54(b). *See Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000) (stating that a final judgment is one that disposes of all issues presented in the case, and leaves nothing for the future consideration of the district court, except for post-judgment issues such as attorney fees and costs). Accordingly, we lack jurisdiction to consider these appeals, and we therefore order them dismissed. In light of our dismissal of these appeals, we deny as moot all requests for relief currently pending in these appeals.

It is so ORDERED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc:  Hon. Valerie Adair, District Judge
     Anthony Dewane Bailey
     North Las Vegas City Attorney
     Clark County District Attorney
     Olson, Cannon, Gormley, Angulo & Stoberski
     Eighth District Court Clerk